PACKANACK LAKE COUNTRY CLUB AND COMMUNITY ASSOCIATION, A CORPORATION NOT FOR PECUNIARY PROFIT, PLAINTIFF-APPELLANT, v. ALEXANDER D. DOIG DEVELOPMENT CO. AND ALEXANDER DOIG & SONS, DEFENDANTS-RESPONDENTS.

Argued November 22, 1966—Decided December 5, 1966.

*Mr. Charles W. Hutchinson* argued the cause for appellant (*Messrs. Lamb, Blake, Hutchinson & Dunne,* attorneys).

*Mr. Jerome A. Vogel* argued the cause for respondents (*Messrs. Jeffer, Walter & Tierney,* attorneys).

The opinion of the court was delivered

PER CURIAM. In this action plaintiff sought to enforce a restrictive covenant appearing in defendants' deed. The trial court restrained the alleged violation. The Appellate Division in an unreported opinion reversed the judgment. We have examined the record and agree with the latter result.

Affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.